

**ST. CHARLES COUNTY COUNSELOR**

Acting County Counselor
Greg H. Dohrman

Associate County Counselors
Beverly E. Temple
Robert E. Hoeynck
Drew A. Heffner
Toby J. Dible
Amanda M. Jennings
Holly E. Ragan

November 6, 2015

The Honorable Carol E. Jackson
United States District Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

**Re:** *United States v. Shipp,* **4:00-CR-377 CEJ**

Dear Judge Jackson:

My name is Holly Ragan, and I represent the St. Charles County Public Administrator, who has been appointed the guardian and conservator for Stephen T. Shipp, the defendant in the above-reference matter.

The Public Administrator has become aware of your November 2, 2015 order that "Deborah J. Lanham . . . is required to attend the status hearing" on Friday, November 13, 2015 at 9:00 a.m.

The Public Administrator respectfully requests a brief continuance of the status hearing. The Public Administrator has two other hearings already scheduled for that date and time in the Probate Division of the St. Charles County Circuit Court, *In re Carl Theodore Hibbs*, 1411-PR00384, and *In re Brenda Jill Leedom*, 1511-PR00901, and a continuance of those matters is likely to prejudice the parties involved. The Public Administrator also requests a brief continuance so that she may make further attempts to find a suitable facility that is willing to accept Mr. Shipp; her understanding was that his attorneys in this matter had made arrangements with such a facility (and the Public Administrator was fully supportive of and cooperative with those arrangements), but that the facility is no longer willing to accept Mr. Shipp. Ideally, suitable arrangements will be finalized—or at least in the process of being finalized—before a status hearing occurs.

The Public Administrator is available to appear on any date other than November 13, 19, 26, and 27, and December 17, 24, and 25. This letter is also being copied to attorneys of record Kevin Curran and Patrick T. Judge, Sr.

Please be assured that the Public Administrator will make diligent efforts to find a suitable placement as soon as possible for Mr. Shipp. Thank you in advance for your understanding in this matter.

The Honorable Carol E. Jackson
November 6, 2015
Page 2
Sincerely,

*Holly E. Ragan*

Holly E. Ragan
Associate County Counselor
MO 65118
Office of the St. Charles County Counselor
100 N. Third Street
Suite 216
St. Charles, MO 63301
hragan@sccmo.org

CC:   Kevin Curran
      FEDERAL PUBLIC DEFENDER
      1010 Market Street
      Suite 200
      St. Louis, MO 63101
      kevin_curran@fd.org


      Patrick T. Judge, Sr.
      OFFICE OF U.S. ATTORNEY
      111 S. Tenth Street
      20th Floor
      St. Louis, MO 63102
      patrick.judge@usdoj.gov



**St. Charles County Government**

County Counselor
100 N Third Street • St. Charles, MO 63301

Hasler
11/06/2015
US POSTAGE $000.41⁶

FIRST-CLASS MAIL
AUTO



ZIP 63301
011D12603805

The Honorable Carol E. Jackson
United States District Court for the Eastern
District of Missouri
111 South 10ᵗʰ Street
St. Louis, MO 63102

RECEIVED
NOV - 9 2015
BY MAIL

63102